MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SIERRA CLUB,

           Plaintiff(s),

v.

DTE ENERGY COMPANY, et al.,

           Defendant(s).
_____/

Case No. 2:13-cv-11103-SFC-MKM

Judge Sean F. Cox

Magistrate Judge Mona K. Majzoub

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, DTE ENERGY COMPANY

makes the following disclosure: (NOTE: A negative report, if appropriate, is required.)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐   No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐   No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: April 2, 2013

Harry M. Johnson, III
Va. Bar No. 29144
Hunton & Williams, LLP
951 E. Byrd Street
Richmond, Virginia 23219
(804) 788-8784
pjohnson@hunton.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SIERRA CLUB,

                Plaintiff(s),                Case No. 2:13-cv-11103-SFC-MKM

v.                                              Judge Sean F. Cox

DTE ENERGY COMPANY, et al.,        Magistrate Judge Mona K. Majzoub

                Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Detroit Edison Company (n/k/a DTE Electric Company)

makes the following disclosure: (NOTE: A negative report, if appropriate, is required.)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes [✓]    No [ ]

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: DTE Energy Company
   Relationship with Named Party: Parent

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes [ ]    No [✓]

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: April 2, 2013                      Harry M. Johnson, III

                                                    Va. Bar No. 29144
                                                    Hunton & Williams, LLP
                                                    951 E. Byrd Street
                                                    Richmond, Virginia 23219
                                                    (804) 788-8784
                                                    pjohnson@hunton.com

MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SIERRA CLUB,

          Plaintiff(s),          Case No. 2:13-cv-11103-SFC-MKM

v.                                        Judge Sean F. Cox

DTE ENERGY COMPANY, et al.,          Magistrate Judge Mona K. Majzoub

          Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __DTE Electric Company__ makes the following disclosure: (NOTE: A negative report, if appropriate, is required.)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☑    No ☐

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name: DTE Energy Company
    Relationship with Named Party: Parent

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐    No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: April 2, 2013

Harry M. Johnson, III
Va. Bar No. 29144
Hunton & Williams, LLP
951 E. Byrd Street
Richmond, Virginia 23219
(804) 788-8784
pjohnson@hunton.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2013, a copy of the foregoing STATEMENTS OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST were electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

/s/ Harry M. Johnson, III

Harry M. Johnson, III (Va. Bar No. 29144)
Hunton & Williams, LLP
951 E. Byrd Street
Richmond, Virginia 23219
pjohnson@hunton.com
(804) 788-8784