IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| SIERRA CLUB, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:13-cv-11103-SFC-MKM |
| | ) | |
| v. | ) | Judge Sean F. Cox |
| | ) | |
| DTE ENERGY COMPANY, et al., | ) | Magistrate Judge Mona K. Majzoub |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

TO:  CLERK OF THE COURT
     COUNSEL OF RECORD

Please enter my Appearance as counsel for Defendants DTE Energy Company, Detroit Edison Company (n/k/a DTE Electric Company), and DTE Electric Company in the above-captioned matter.

Respectfully submitted,

/s/ Michael J. Solo

Michael J. Solo (P57092)
Office of the General Counsel
DTE Energy
One Energy Plaza
Detroit, Michigan
solom@dteenergy.com
(313) 235-9512

Attorney for Defendants

Dated: April 2, 2013

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 2, 2013, a copy of the foregoing NOTICE OF APPEARANCE was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

           /s/  Michael J. Solo

           Michael J. Solo (P57092)
           Office of the General Counsel
           DTE Energy
           One Energy Plaza
           Detroit, Michigan
           solom@dteenergy.com
           (313) 235-9512