IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| SIERRA CLUB, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:13-cv-11103-SFC-MKM |
| | ) | |
| v. | ) | Judge Sean F. Cox |
| | ) | |
| DTE ENERGY COMPANY, et al., | ) | Magistrate Judge Mona K. Majzoub |
| | ) | |
| Defendants. | ) | |
| | ) | |

STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS

The parties, by counsel, hereby stipulate pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 7.1(a) that all Defendants shall have up to and including May 3, 2013, to respond to the Plaintiffs' Complaint.

Respectfully submitted,

/s/  Harry M. Johnson, III

Harry M. Johnson, III (Va. Bar No. 29144)
Hunton & Williams, LLP
951 E. Byrd Street
Richmond, Virginia 23219
pjohnson@hunton.com
(804) 788-8784
Attorney for Defendants

/s/  David C. Bender

| | |
|---|---|
| David C. Bender | Nick Schroeck (P70888) |
| McGillivray Westerberg & Bender LLC | Great Lakes Environmental Law Center |
| 211 S. Patterson St, Ste. 320 | 440 Burroughs St, Box 70 |
| Madison, WI  53703 | Detroit, Michigan  48202 |
| bender@mwbattorneys.com | nschroek@wayne.edu |
| (608) 310-3560 | (313) 820-7797 |
| | Attorneys for Plaintiff |

Dated:  April 3, 2013

-2-

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| SIERRA CLUB, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:13-cv-11103-SFC-MKM |
| | ) | |
| v. | ) | Judge Sean F. Cox |
| | ) | |
| DTE ENERGY COMPANY, et al., | ) | Magistrate Judge Mona K. Majzoub |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADINGS

Pursuant to the stipulation above,

IT IS HEREBY ORDERED that Defendants have up to and including May 3, 2013, to respond to the Complaint.

Dated:  April 5, 2013                                          s/ Sean F. Cox
                                                                              Sean F. Cox
                                                                              U. S. District Judge