UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Sierra Club,

                Plaintiff(s),

v.                                                  Case No. 2:13−cv−11103−SFC−MKM
                                                  Hon. Sean F. Cox

DTE Energy Company, et al.,

                Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Sean F. Cox at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 252. The following motion(s) are scheduled for hearing:

        Motion to Dismiss – #11
        Motion to Dismiss – #12

- MOTION HEARING:  August 8, 2013 at 02:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/J. McCoy
                                                      Case Manager

Dated:  May 8, 2013